**SYDNEY PETITE**         *       **NO. 2023-CA-0262**

**VERSUS**           *       **COURT OF APPEAL**

**JOHN L. HINDS, III**      *       **FOURTH CIRCUIT**

                                           *       **STATE OF LOUISIANA**

                                           *

                                           *

                             **\* \* \* \* \* \* \***

**BELSOME, J. CONCURS IN PART AND DISSENTS IN PART WITH REASONS.**

I concur with the majority in granting rehearing. However, I depart from the majority decree for the following reasons.

The majority opinion recognizes error and abuse of discretion in the number of boxes checked on the form. I would go further. The trial court abused its discretion in multiple areas as outlined in my dissent after the original hearing. The only remedy for these errors and abuse of discretion is a reversal and remand for a new trial.